```
                  UNITED STATES DISTRICT COURT
                   MIDDLE DISTRICT OF FLORIDA
                         TAMPA DIVISION
```

CHECKERS DRIVE-IN
RESTAURANTS, INC.,
a Delaware corporation,

      Plaintiff,

v.                            CASE NO:   8:11-cv-264-T-33MAP

CJS HOLDINGS, INC., a Florida
corporation, et al.,

      Defendants.
_____/

## ORDER

This cause comes before the Court pursuant to the Suggestion of Bankruptcy filed by Defendants Juliet Shukitis and Charles Shukitis and the Suggestion of Bankruptcy filed by Defendant CJS Holdings, Inc. (Doc. # 8), both of which state that the respective Defendants filed bankruptcy under Chapter 11 of the Bankruptcy Code in the United States Bankruptcy Court for the Middle District of Florida on March 3, 2011.

Accordingly, it is

**ORDERED, ADJUDGED,** and **DECREED:**

(1) Pursuant to the provisions of 11 U.S.C. §362, this case is automatically **STAYED**.

(2) All pending motions are **DENIED AS MOOT** with leave to re-file as necessary upon the case being reinstated to active

status.

(3) The Clerk is directed to administratively **CLOSE** this case.

(4) Plaintiff may reinstate this case to active status, upon proper motion at the conclusion of the bankruptcy proceedings, should this suit not be resolved by those proceedings. If this suit is resolved by the bankruptcy proceedings, Plaintiff shall promptly move for dismissal of this case.

(5) Defendants are directed to file and serve, on or before June 9, 2011, and every three months thereafter, a status report regarding the Defendants' bankruptcy proceedings.

**DONE** and **ORDERED** in Chambers in Tampa, Florida, this 9th day of March, 2011.

VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE

Copies:

All Counsel of Record

2